UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CAMERON DECKER,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-09039-HDV-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1), the First Amended Complaint (Dkt. 11), the Second Amended Complaint (Dkt. 13), the Report and Recommendation of the assigned magistrate judge (Dkt. 15, "Report"), and Plaintiff's Objection to the Report (Dkt. 16). The Court has engaged in a <u>de novo</u> review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

/ / /

/ / /

/ / /

Therefore, IT IS HEREBY ORDERED that Judgment shall be entered dismissing this action with prejudice.

Dated: 1/8/25

HERNÁN D. VERA
United States District Judge