JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CAMERON DECKER,<br><br>          Plaintiff,<br><br>          v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>          Defendants. | Case No. 2:24-cv-09039-HDV-JDE<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT this action is DISMISSED with prejudice.

Dated: 1/8/25

_____
HERNÁN D. VERA
United States District Judge